United States District Court
Southern District of Texas
**ENTERED**
October 03, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROY EUGENE USSERY, § <br> TDCJ #02204802, § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> R.P. SKIP CORNELIUS, § <br> § <br> Respondent. § | CIVIL ACTION NO. H-24-3071 |

**FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 3rd day of October, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE